## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HENRY F SIEDZIKOWSKI,**<br>**MARY RITA SIEDZIKOWSKI,** | **CIVIL ACTION** |
| **Plaintiff,** | |
| v. | **NO. 22-3369** |
| **DEANNE B. CRISWELL, IN HER**<br>**CAPACITY AS ADMINISTRATOR OF**<br>**FEMA; ADMINISTRATIVE**<br>**STRATEGIES, LLC,** | |
| **Defendants.** | |

## ORDER

**AND NOW**, this 28th day of April Month., 2023, upon consideration of Defendants' Motions to Dismiss (ECF Nos. 32, 33, 36, 37) and Plaintiffs' responses thereto (ECF Nos. 34, 35), **IT IS ORDERED** as follows:

1.  Defendant Criswell's Motion to Dismiss (ECF No. 32) is **GRANTED**.  Count I is accordingly **DISMISSED WITH PREJUDICE.**

2.  Defendant Administrative Strategies, LLC's Motion to Dismiss (ECF No. 33) is **GRANTED**.  Counts II and II are accordingly **DISMISSED WITH PREJUDICE**.

3.  The Clerk of Court is directed to terminate the case.

**BY THE COURT:**

*/s/ Wendy Beetlestone*

_____
**WENDY BEETLESTONE, J.**